# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/14/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/14/2015 11:15:16 AM

CHRISTOPHER A. PRINE
Clerk

TO:  1ST COURT OF APPEALS

From:  **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**  2012-25496

**VOLUME** _____ **PAGE** _____  **OR**  **IMAGE #** 64617167

**DUE** 7/10/2015  **ATTORNEY** 06823100

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:**  3/12/2015

**MOTION FOR NEW TRIAL DATE FILED**  N/A

**REQUEST TRANSCRIPT DATE FILED**  N/A

**NOTICE OF APPEAL DATE FILED**  4/13/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED:  YES** ☐ **NO** ☒ **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC  NOTICE OF APPEAL FILED
BG  NOTICE OF APPEAL FILED – GOVERNMENT
C  JUDGMENT BEING APPEALED
D -  ACCELERATED APPEAL
OA  NO CLERK'S RECORD REQUEST FILED
O  CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA  AMENDED NOTICE OF APPEAL

4/13/2015 3:05:53 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4866536
By: Michelle Wojcik
Filed: 4/13/2015 3:05:53 PM

CAUSE NO. 2012-25496

| | | |
|---|---|---|
| PACIFIC ALLIED ASSET MANAGEMENT, LLC | § | IN THE DISTRICT COURTS OF |
| | § | |
| | § | |
| Plaintiff /Cross-Defendant | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| HUI KIL WOO dba OLYMPIC CONSTRUCTION | § | |
| | § | |
| | § | |
| Defendant /Third Party Plaintiff/Cross-Plaintiff | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| NORTHWEST CROSSING CAPITAL, LLC, | § | |
| | § | |
| | § | |
| Third Party Defendant | § | 151ˢᵗ JUDICIAL DISTRICT |

**NOTICE OF APPEAL OF PACIFIC ALLIED ASSET MANAGEMENT, LLC AND NORTHWEST CROSSING CAPITAL, LLC**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiff /Cross-Defendant, Pacific Allied Asset Management, LLC and Third Party Defendant/ Cross-Plaintiff Northwest Crossing Capital, LLC, in the above styled and numbered cause, and pursuant to Texas Rule of Appellate Procedure 25.1, file this Notice of Appeal and would show as follows:

1. **Trial court, cause number and style of case:** 151ˢᵗ Judicial District Court, Harris County, Texas; Cause No. 2012-25496; In the matter styled PACIFIC ALLIED ASSET MANAGEMENT, LLC, Plaintiff /Cross-Defendant vs. HUI KIL WOO dba OLYMPIC CONSTRUCTION Defendant /Third Party Plaintiff /Cross-Plaintiff vs. NORTHWEST

1

CROSSING CAPITAL, LLC, Third Party Defendant/ Cross Plaintiff.

2. **Date of Judgment or Order appealed from:** Final Judgment dated March 12, 2015.

3. **Parties' desire to appeal:** Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC desire to appeal the Judgment or Order.

4. **Court to which appeal is taken:** Either the First or Fourteenth Court of Appeals.

5. **Name of Parties filing the notice:** Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC.

Respectfully submitted,

PLUMMER & FARMER
3303 Louisiana, Suite 145
Houston, Texas 77006
TEL: (713) 524-2400
FAX: (713) 524-6371
mfarmer@plummerandfarmer.com


By: /s/ Michael D. Farmer
     MICHAEL D. FARMER
     TBA No. 06823100

Attorneys for Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appeal of Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC has been served in accordance with Tex. R. Civ. P. 21a, to all attorneys of record on this 13th day of April, 2015, as follows:

Mr. Kristopher Ahn
The Ahn Law Firm
9930 Long Point Rd
Houston, Texas 77055
ahnlawfirm@gmail.com


/s/ Michael D. Farmer
MICHAEL D. FARMER

2/26/2015 6:19:59 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 4306396
By: GONZALEZ, VERONICA
Filed: 2/26/2015 6:19:59 PM

Pgs-3

PC
8B

No. 2012-25496

| | | |
|---|---|---|
| PACIFIC ALLIED ASSET MANAGEMENT, LLC<br>    Plaintiff/Cross-Defendant | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | OF HARRIS COUNTY, TEXAS |
| HUI KIL WOO d/b/a OLYMPIC CONSTRUCTION<br>    Defendant/Third Party Plaintiff/Cross-Plaintiff | §<br>§<br>§<br>§<br>§<br>§ | |
| v. | §<br>§ | |
| NORTHWEST CROSSING CAPITAL, LLC.,<br>    Third Party Defendant | §<br>§<br>§ | 151st  JUDICIAL DISTRICT |

## FINAL JUDGMENT

At the hearing on this cause, all parties appeared through their attorneys of record and announced that they were ready for trial. Because a jury was not requested, the Court decided all fact questions.

The Court has considered the pleadings and official records on file in this cause, the evidence, and the arguments of counsel and is of the opinion that judgment should be rendered for Defendant/Counter-Plaintiff/Third-Party Plaintiff, Olympic Construction.

It is accordingly **ADJUDGED** that Olympic Construction, Counter-Plaintiff, recover from judgment against Pacific Allied Asset Management, LLC., Plaintiff/Counter-Defendant for:

1.    $47,700.00 as the principal amount due;

2.    $30,000.00 as attorney's fees; if Defendant does not appeal this judgment to the court of appeals and time for appeal to that court has expired, pursuant to the stipulated agreement of the parties.

3.    In the event that Pacific Allied Asset Management, LLC., Plaintiff/Counter-Defendant unsuccessfully appeals to the court of appeals, Olympic Construction

shall be entitled to additional attorney's fees of $10,000.00 from Pacific Allied Asset Management, LLC., Plaintiff/Counter-Defendant, pursuant to the stipulated agreement of the parties;

4. In the event that Pacific Allied Asset Management, LLC., Plaintiff/Counter-Defendant, unsuccessfully appeal from the court of appeals to the Supreme Court of Texas, Olympic Construction shall be entitled to additional attorney's fees of $10,000.00, pursuant to the agreement of the parties;

5. All taxable costs of court; and

6. Pre-Judgment interest on the principal amount at the rate of 18% percent per year starting on May 25, 2012, until the date this judgment is signed pursuant to Texas Property Code § 28.004(b).

7. Post-Judgment interest at the rate of 5% percent per year, on the total judgment from the date this judgment is signed until the judgment is paid in full.

8. ~~In the event that this judgment is not paid within 30 days of the date that it is signed, Olympic Construction shall be authorized to foreclose on the lien that is filed against the property located at 7200 Pinemont Drive, Houston, Texas 77040, which is an apartment complex owned by Northwest Crossing Capital, LLC.~~

It is **ORDERED** that Plaintiff shall have all writs of execution and other process necessary to enforce this judgment.

This judgment is a final judgment that disposes of all parties and all claims and is appealable.

SIGNED on _____.

Signed: *MM / MW*
3/12/2015

_____

JUDGE PRESIDING

APPROVED AS TO FORM AND CONTENT:

*/s/ Kristopher Ahn*
Kristopher K. Ahn

TBN: 00785312
Attorney for Plaintiff Olympic Construction
AHN LAW FIRM
Email: AHNLAWFIRM@GMAIL.COM
9930 Long Point Rd.
Houston, TX 77055
Tel. (713) 781-2322
Fax. (713) 781-2542

3/23/2015 5:10:37 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4609895
By: VERONICA GONZALEZ
Filed: 3/23/2015 5:10:37 PM

CAUSE NO. 2012-25496

| | | |
|---|---|---|
| PACIFIC ALLIED ASSET MANAGEMENT, LLC | § § § | IN THE DISTRICT COURTS OF |
| Plaintiff, Cross-Defendant | § § | |
| VS. | § § | |
| HUI KIL WOO dba OLYMPIC CONSTRUCTION | § § § § | |
| Defendant/Third Party Plaintiff/Cross-Plaintiff | § § § | HARRIS COUNTY, TEXAS |
| VS. | § § | |
| NORTHWEST CROSSING CAPITAL, LLC, | § § § § | |
| Third Party Defendant | § | 151st JUDICIAL DISTRICT |

**PLAINTIFF / COUNTER-DEFENDANT/ THIRD PARTY DEFENDANT/ CROSS PLAINTIFF'S REQUEST FOR ADDITIONAL FINDINGS OF FACT AND CONCLUSIONS OF LAW UNDER TEX. R. CIV. P. 298**

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiff/ Counter-Defendant PACIFIC ALLIED ASSET MANAGEMENT, LLC and Third Party Defendant/ Cross Plaintiff NORTHWEST CROSSING CAPITAL, LLC and request the Court to make additional findings of fact and conclusions of law and would show as follows:

1. On March 13, 2015, the Court filed Finding of Fact and Conclusions of Law in this cause *sua sponte*.

2. In accordance with Tex. R. Civ. P. 298, Plaintiff/ Counter-Defendant PACIFIC

1

ALLIED ASSET MANAGEMENT, LLC and Third Party Defendant/ Cross Plaintiff NORTHWEST CROSSING CAPITAL, LLC request the Court to make the following specified additional or amended findings of facts and conclusions of law:

**Proposed Additional or Amended Findings of Fact**

1. As of April 9, 2012, the Northwest Crossing apartments had unrepaired building conditions which were covered by the scope of work under the contract between Olympic Construction and Pacific Allied Management.

2. As of April 9, 2012, the Northwest Crossing apartments had building conditions covered by the scope of work under the contract between Olympic Construction and Pacific Allied Management which had not been repaired in a good and workmanlike manner.

3. Olympic Construction ceased construction on the Northwest Crossing apartments on or before April 9, 2012.

4. As of April 9, 2012, Olympic Construction had not fully performed its contract with Pacific Allied Management.

5. As of April 9, 2012, Olympic Construction had not substantially perform its contract with Pacific Allied Management.

**Proposed Additional or Amended Conclusions of Law**

1. Olympic Construction materially breached its contract with Pacific Allied Management on or before April 9, 2012.

2. Olympic Construction takes nothing by way of its suit against Pacific Allied Asset Management, LLC.

2

3. Olympic Construction takes nothing by way of its suit against Northwest Crossing Capital, LLC.

Respectfully submitted,

PLUMMER & FARMER
Attorneys for Plaintiff/ Counter-Defendant/ Third
Party Defendant/ Cross Plaintiff
3303 Louisiana, Suite 145
Houston, Texas 77006
Tel:    713-524-2400
Fax:   713-524-6371
Pplummer@plummerandfarmer.com


By:/s/ Michael D. Farmer
    HUGH J. PLUMMER
    TBA No. 16075500

    MICHAEL D. FARMER
    TBA No.  06823100

## CERTIFICATE OF SERVICE

I, MICHAEL D. FARMER, do certify that a true and correct copy of the foregoing PLAINTIFF / COUNTER-DEFENDANT/ THIRD PARTY DEFENDANT/ CROSS PLAINTIFF'S REQUEST FOR ADDITIONAL FINDINGS OF FACT AND CONCLUSIONS OF LAW UNDER TEX. R. CIV. P. 298, has been delivered in accordance with Tex. R. Civ. P. 21a, to all attorneys of record on this 23rd day of March, 2015.

/s/ Michael D. Farmer
MICHAEL D. FARMER

3

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     APR 14, 2015(C1)
INT6510               CIVIL CASE INTAKE              OPT: _____  -  INT
                    GENERAL PARTY INQUIRY            PAGE:    1 -    2

CASE NUM: 201225496__ PJN> __  TRANS NUM: _____ CURRENT COURT: 151 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: PACIFIC ALLIED ASSET MANAGEMENT L VS WOO, HUI K (DBA OLYMPIC CONSTRUCT
=============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00004-0002 XPL 16075500 NORTHWEST CROSSING CAPITAL LLC    PLUMMER, HUGH
_     00002-0004 XDF          WOO, HUI K (DBA OLYMPIC CONSTR    PRO-SE
_     00005-0001 AGT          NORTHWEST CROSSING CAPITAL LLC
_     00004-0001 3PD 16075500 NORTHWEST CROSSING CAPITAL LLC    PLUMMER, HUGH
_     00004-0001 P3D 24039119 PLUMMER, HUGH JONES JR.
_     00003-0003 3PP 00785312 OLYMPIC CONSTRUCTION              AHN, KRISTOPH
_     00002-0003 3PP 00785312 WOO, HUI K (DBA OLYMPIC CONSTR    AHN, KRISTOPH
_     00003-0002 XPL 00785312 OLYMPIC CONSTRUCTION              AHN, KRISTOPH

==> (16) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     APR 14, 2015(C1)
INT6510              CIVIL CASE INTAKE              OPT: _____ -  INT
                  GENERAL PARTY INQUIRY            PAGE:   2 -    2

CASE NUM: 201225496__ PJN> __  TRANS NUM: _____ CURRENT COURT: 151 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: DISPOSED (FINAL)
STYLE: PACIFIC ALLIED ASSET MANAGEMENT L VS WOO, HUI K (DBA OLYMPIC CONSTRUCT
==============================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                         STAT
_     00002-0002 XPL 00785312 WOO, HUI K (DBA OLYMPIC CONSTR    AHN, KRISTOPH
_     00001-0002 XDF 24039119 PACIFIC ALLIED ASSET MANAGEMEN    PLUMMER, HUGH
_     00006-0001 MED 16617500 RAMOS, DION
_     00003-0001 DEF 00785312 OLYMPIC CONSTRUCTION              AHN, KRISTOPH
_     00002-0001 DEF 00785312 WOO, HUI K (DBA OLYMPIC CONSTR    AHN, KRISTOPH
_     00001-0001 PLT 16075500 PACIFIC ALLIED ASSET MANAGEMEN    PLUMMER, HUGH
_     00001-0001 PPS          PACIFIC ALLIED ASSET MANAGEMEN
_     00001-0001 PAP 17569900 SANCHEZ, HECTOR PATRICIO

==> (16) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```